IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

**KATHY L. ROES**
4201 Stormer Road
Sale Creek, TN 37373

Case No. 1:17-00246

   Plaintiff,

Judge: Pamela L. Reeves

 v.

**SPECIALIZED LOAN SERVICING LLC,**
c/o Capital Corporate Services, Inc.
992 Davidson Drive, Suite B
Nashville, TN 37205-1051

   Defendant.

**STIPULATED BRIEFING SCHEDULE FOR DEFENDANT SPECIALIZED LOAN SERVICING, LLC's MOTION TO DISMISS (DOC. NO. 13) PURSUANT TO LOCAL RULE 7.1**

Plaintiff Kathy L. Roes ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant") hereby stipulate and agree pursuant to Local Rule 7.1(a) to the following briefing schedule to Defendant Specialized Loan Servicing, LLC's Motion to Dismiss (Doc. No. 13) filed on October 25, 2017 due to the unavailibility of Plaintiff's Counsel between November 1, 2017 through November 6, 2017, and November 14, 2017 through November 19, 2017:

- Plaintiff's Brief in Opposition shall be filed no later than Wednesday, November 29, 2017;

- Defendant's Reply Brief, if necessary, shall be filed no later than Wednesday, December 20, 2017

Dated: October 26, 2017      Respectfully Submitted,

               */s/*Brian D. Flick, Esq.

Brian D Flick (0081605)
DANNLAW
P.O. Box 6031040
Cleveland, OH 44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com
*Lead Counsel/Co-Counsel for Plaintiff Kathy Roes*

NELSON, MULLINS, RILEY &
SCARBOROUGH LLP
By: */s/ John T. Baxter*
John T. Baxter (BPR # 35405)
Shane G. Ramsey (*pro hac vice* forthcoming)
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664-5355
E-Mail: shane.ramsey@nelsonmullins.com
*Attorneys for Specialized Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

    I certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope; or by email; or electronically through ECF; or by facsimile; or by hand delivering same to each attorney of record as follows:

All counsel and parties of records via ECF.

Dated: October 26, 2017           /s/Brian D. Flick, Esq.
                                              Brian D. Flick, Esq.
                                              *Counsel for Plaintiff*