IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| KATHY L. ROES, | ) |
| Plaintiff, | ) Case No. 1:17-cv-00246 |
| | ) |
| | ) Jury Demand |
| v. | ) |
| | ) |
| SPECIALIZED LOAN | ) |
| SERVICING, LLC | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF SHANE G. RAMSEY**

My name is Shane G. Ramsey and I hereby depose and state the following:

1. I am a member in good standing of the Tennessee Bar and my Board of Professional Responsibility Number is 35528.

2. I submitted an application for admission before this Court on or about June 8, 2017. A copy of the letter and application to this Court is attached hereto as **Exhibit 1**.[1]

3. I hereby request, pursuant to LR 83.5(b)(2) that my *pro hac vice* fee be waived.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2017

_____
Shane G. Ramsey

---

[1] The copy of the check for payment of the application fee has been redacted from **Exhibit 1**.

# EXHIBIT 1

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
150 Fourth Avenue, North / Suite 1100 / Nashville, TN 37219-2415
Tel: 615.664.5300  Fax: 615.664.5399
www.nelsonmullins.com

Jennifer L. Murray
Tel: 615.664.5333
jennifer.murray@nelsonmullins.com

June 8, 2017

USDC for Eastern District of Tennessee
Joel W. Solomon Federal Building, United State Courthouse
900 Georgia Avenue
Chattanooga, TN  37402

    Re:    **Admission Application for Shane Gibson Ramsey**

To Whom It May Concern:

Please find enclosed Shane Ramsey's application, certificates of good standing, and a check in the amount of $205.00 for his admission to the Eastern District. Please let me know if you need any other information. Thank you.

                                  Sincerely,

                                  Jennifer L. Murray
                                  Legal Assistant to Shane G. Ramsey

/jlm
Enclosures

_With offices in the District of Columbia, Florida, Georgia, Massachusetts, New York, North Carolina, South Carolina, Tennessee and West Virginia_

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

## APPLICATION FOR ADMISSION TO PRACTICE

Name: **Shane G. Ramsey**   BPR#: **035528**

Year of Birth **1980**   Place of Birth **Tampa, Florida**

Firm/Place of Employment: **Nelson Mullins Riley & Scarborough LLP**

Office Address: **150 Fourth Avenue North, Suite 1100, Nashville, TN 37219**

E-mail address*: **shane.ramsey@nelsonmullins.com**   Phone: **(615) 664-5355**

Undergraduate: **University of Tampa**   Law School: **Florida State University College of Law**

I am admitted to practice in the highest court of the following states, territories, or the District of Columbia (list ALL courts admitted to):
**Tennessee, Georgia, and Florida**

If admitted in a state(s) other than Tennessee, attach a certificate from the presiding judge, clerk, or other duly authorized official of the proper court(s) evidencing your admission to practice and current good standing. (Certificates must be submitted for ALL courts.)

I am admitted to practice in the United States District Court for the **Middle** (Middle, Northern, Southern / Western) District of **Georgia** (Florida / Tennessee)

Is there any charge pending against you, or have you been convicted in a state or federal court of a crime punishable by imprisonment for more than one year? ☐ Yes ☑ No  If yes, state the nature of the offense, date charged, plea entered, or conviction, and the court in which the charges were filed:

Have you ever been denied admission, disbarred, suspended, reprimanded, censured, or disciplined by a federal or state court of record, other judicial or quasi-judicial tribunal, or a board of disciplinary responsibility or similar body? ☐ Yes ☑ No  If yes, state the court, tribunal, or disciplinary body; the date of the disciplinary action; and the nature of the disciplinary action:

_____   **5-11-17**
Signature of Applicant (*Physical signature required; digital signature not accepted*)   Date

## SPONSORS

(Must be admitted to the District Court for the Eastern District of Tennessee and personally know, but not be related to, the applicant)

We hereby endorse the correctness of the applicant's statement. The applicant possesses all of the qualifications required for admission and is of good moral and professional character.

1. **James Holtom**   Signature   Years Known: **2**
   Address: **150 Fourth Ave, N, Suite 1100 Nashville, TN 38219**
   E-mail address*: **james.holtom@nelsonmullins.com**   Phone: **615-664-5339**   BPR #: **28495**

2. **Jason Epstein**   Signature   Years Known: **1**
   Address: **150 Fourth Ave N. Suite 1100 Nashville, TN 38219**
   E-mail address*: **jason.epstein@nelsonmullins.com**   Phone: **615-664-5364**   BPR #: **017970**

*E-mail addresses will be used for important correspondence regarding this application.
File this application and the $205.00 filing fee at the appropriate divisional office.

## RELEASE

      I hereby release the Board of Professional Responsibility of the Supreme Court of Tennessee, and the disciplinary agency of any other state in which I have been or am licensed to practice, to provide to the United States District Court for the Eastern District of Tennessee information on all disciplinary complaints ever filed against me, including complaints resulting in non-public discipline and complaints administratively dismissed by the Board or any other disciplinary agency described above.

Applicant's signature: _/s/_      Date: 6-8-17



# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that Shane G. Ramsey, Bar No. 940547

was duly admitted to practice in this Court on

July 20, 2012, and is in good standing

as a member of the Bar of this Court.

Dated at Valdosta, Georgia on 5/24/2017.

David W. Bunt
CLERK



s/ Robin L. Walsh
DEPUTY CLERK

# Supreme Court of Tennessee

# Certificate of Good Standing

I, JAMES M. HIVNER, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## SHANE G. RAMSEY

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on February 21, 2017, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 26th day of May, 2017.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Kitty Martin, D.C.

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

### CERTIFICATE OF GOOD STANDING

*I, ELIZABETH M. WARREN, Acting Clerk of this Court*

*certify that* **Shane G. Ramsey FL Bar No. 0026842**

*was duly admitted to practice in this Court on*

<u>**November 21, 2006**</u> *, and is in good standing*
         DATE

*as a member of the Bar of this Court.*

Dated at     <u>Jacksonville, Florida</u>    on    <u>May 31, 2017</u> .
                     LOCATION                                    DATE

| **ELIZABETH M. WARREN** | */s/ Emily Morin* |
|---|---|
| ACTING CLERK | DEPUTY CLERK |